# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*
www.flmb.uscourts.gov

IN RE:                                                                    Chapter 11

SPURLOWS ARCHERY PRO SHOP, LLC,                      Case No.: 8:20-bk-05340

_____Debtor._____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**COMES NOW** SPURLOWS ARCHERY PRO SHOP, LLC, (the "Debtor") by and through its undersigned attorney, and files this its *Chapter 11 Case Management Summary*, pursuant to Local Rule 2081-1(b), as follows:

1.  **Order for Relief**:

    On July 13, 2020 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Accordingly, pursuant to Bankruptcy Code §§1107(a) and 1108, the Debtor is operating its business and managing its affairs as a Debtor-in-possession.

2.  **Related Case(s)**:

    | Name(s) | Case Number(s) | Date of Filing |
    |---|---|---|
    | Spurlow's Outdoor Outfitters, LLC | 8:16-bk-5463-RCT | 6/24/2016 |

3.  **Description of Debtor's business:**

    The Debtor was incorporated on July 19, 2012. However, the Debtor was administratively dissolved and remained dormant for a several years until it was reinstated on April 26, 2018.  The Debtor is currently engaged in the ownership and operation of an archery pro shop in Bartow, Florida.  The Debtor is one of the largest dealers for Hoyt Archery products in the southeastern United States.

4.  **Locations of Debtor's operations and whether leased or owned:**

    As of the Petition Date, the Debtor's principal, David A. Brimlow, manages the Debtor from its premises located at 1264 N Broadway Avenue, Bartow, Florida, which is subject to a Lease by Bartow Leasing.  The Debtor intends to reject its lease and relocate to Winter Haven, Florida.

5.     **Reasons for filing Chapter 11:**

The Debtor's affiliate, Spurlow's Outdoors Outfitters, LLC ("Outfitters") was unable to pay its sales tax obligations as they came due after confirmation of its Chapter 11 bankruptcy.  Ultimately, the Debtor's principal, David Brimlow, reinstated the Debtor and essentially shifted Outfitters operations to the Debtor.  The Debtor was still concerned with its liability to the Florida Department of Revenue, and also desired to reject its lease with its current landlord. To accomplish these goals, the Debtor filed for protection under Sub Chapter V of Chapter 11.  For purposes of the instant bankruptcy, the Debtor is conceding that it is the successor of Outfitters and treating Outfitters' debt as if it was the Debtor's own.

6.     **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during one (1) year prior to filing:**

| Name | Title | Interest | Compensation |
|------|-------|----------|--------------|
| David A. Brimlow | MGRM | 100% | Approximately $20,000.00 in cash and $9,600.00 in vehicle payments |

7.     **Debtor's annual gross revenues:**

| | |
|---|---|
| 2020 (Estimated YTD - Gross receipts or sales) | $85,000.00 |
| 2019 (Gross receipts or sales) | $240,069.00 |
| 2018 (Gross receipts or sales) | $306,461.00 |

8.     **Amounts owed to various classes of creditors:**

a.     Obligations owed to *priority* such as governmental creditors for taxes or individuals for wages:

| Identity | amounts owed |
|----------|--------------|
| Department of Revenue (Outfitters) | $77,937.16 |
| Department of Revenue | $9,000.00 |
| Internal Revenue Service (Outfitters) | $14,040.00 |
| Internal Revenue Service | None known |
| Polk County Tax Collector (Outfitters) | None known |
| Polk County Tax Collector | $419.99 |

|  | |
|---|---|
| **TOTAL** | **$101,397.15** |

b.      Identity, collateral, and amounts owed to ***secured*** creditors:

| Identity | Collateral | amounts owed |
|---|---|---|
| Global Factors LLC | Blanket Lien | $30,000.00 |
| Last Chance Funding, Inc. | Blanket Lien | $14,000.00 |
| Nanoflex Capital | Blanket Lien | $10,000.00 |
| Vader Mountain Funding | Blanket Lien | $7,662.00 |
| U.S. Small Business Administration | Blanket Lien | $54,000.00 |
|  | **TOTAL** | **$115,662.00** |

c.      Amount of ***unsecured*** claims:

| Identity | amounts owed |
|---|---|
| Purchases; Credit; Services; Advertisement; Loans; Deficiencies; Payment arrearages; etc. | $91,820.92 |
| **TOTAL** | **$91,820.92** |

9.      **General description and approximate value of the Debtor's current and fixed assets:**

| Description | Approx. Value |
|---|---|
| Cash | $500.00 |
| PayPal account | $11.16 |
| Security deposit with Bartow Leasing | $5,000.00 |
| Checking account@ MidfFlorida FCU | $4,800.00 |
| Inventory (Bows, Arrows, Quivers, Targets, Broadheads, Shirts, and other merchandise) | $15,000.00 |
| 2-Glass displays, 7-Metal shelves, Big Shot Range Targets, Refrigerator, Microwave, Desk, Taxidermy, 8-Bar stools, Small Wood shelf, Round stand up shirt rack, Wood stand up shirt display shelves, Draw board, Fletcher, Filing cabinet, 3-Large wood shelves, Ladder, Small foldup table, 3-Picture frames, and Display shelf | $2,600.00 |

| | |
|---|---|
| Printer, Laptop, POI system, 2-TVs, Security system, 2-Sherlock x-press bow press, EZ press bow press, Easton arrow saw, 5-Fans, Shop tools, Chronograph, Paper turner, Light up open sign, and shop phones | $3,700.00 |
| Lease of 1264 N. Broadway Avenue, Bartow, Florida | $0.00 |
| **TOTAL** | **$31,611.16** |

10. **Number of employees and amount of wages owed as of Petition date:**

The Debtor has one employee, its principal David A. Brimlow. The Debtor intends to hire two part time employees once its busy season begins in August 2020. There were no past due wages as of the date of filing the Petition

11. **Status of Debtor's payroll and sales tax obligations, if applicable:**

There were no pre-petition payroll taxes and/or unemployment compensation obligations due as of the date of filing the Petition. There were sales tax obligations as of the date of the petition.

12. **Anticipated emergency relief to be requested within fourteen (14) days from the petition date:**

1.     Motion to Use Cash Collateral
2.     Applications to Fix Salary of Officer

13. **Anticipated strategic objectives:**

The Debtor's goals are to (1) relocate from its current location; (2) implement a controlled repayment plan for its outstanding debts to the Florida Department of Revenue; and (3) restructure its secured debt.

**RESPECTFULLY SUBMITTED,** on this 14th day of July, 2020.

BUDDY D. FORD, P.A.,

/s/ Jonathan A. Semach
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
Heather M. Reel, Esquire (FBN: 0100357)
Email: *Heather@tampaesq.com*
9301 West Hillsborough Avenue
Tampa, Florida  33615-3008
Telephone #: (813) 877-4669
Office Email: *All@tampaesq.com*
Attorney for Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of July, 2020, a true and correct copy of the foregoing was sent by ■ CM/ECF Electronic Mail to:

United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV

and by ■ Regular U.S. Mail to:

Spurlows Archery Pro Shop, LLC, 801 Laurel Circle, Bartow, FL 33830

/s/ Jonathan A. Semach
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*